## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| | ) | **No. 17 CR 306** |
| **v.** | ) | |
| | ) | **Judge Harry D. Leinenweber** |
| **Isa Allan** | ) | |
| | ) | |

### UNOPPOSED ORDER

Defendant Isa Allan, by the Federal Defender Program and its attorney, Geoffrey M. Meyer, respectfully requests, pursuant to Local Rules 5.8 and 26.2, that he be allowed to file under seal his sentencing memorandum with its accompanying attachments.   The attachments include a psychiatric evaluation and psychological report of Mr. Allan containing personal information relating to Mr. Allan and his upbringing.   The Court having been fully apprized of all the relevant facts and circumstances and the government having no objection;

IT IS HEREBY ORDERED: That the defendant, Isa Allan, is permitted to file under seal his sentencing memorandum and accompanying attachments.

8/13/2018
Date

_____
Judge Harry D. Leinenweber